Form 704-15
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:                              )
                                    )
LINTHICUM, DELGARDO LEE             )    Case No. 08-60155 WEA
                                    )
                                    )
            Debtor(s)               )    Chapter 7
                                    )

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

Comes now the undersigned Trustee and states as follows:

I respectfully request trustee compensation in the amount of $1,450.10, together with the further sum of $401.37 as expenses as hereinafter set out. Previous compensation in the amount of $0.00 with expenses of $0.00 have been allowed. No agreement has been made and no understanding exists, either directly or indirectly, with any person for a division of said trustee's compensation. I certify that sufficient funds exist to pay all administrative expenses.

The maximum compensation permitted by 11 U.S.C. § 326 is calculated upon the following:

| | | |
|---|---|---|
| (1) | Total funds received | $ 7,000.96 |
| (2) | Less Homestead Exemptions paid to debtor | $ 0.00 |
| (3) | Less surplus paid to debtor | $ 0.00 |
| (4) | Less amounts not attributable to the reduction of property of the estate to money | $ 0.00 |
| (5) | Amount on which compensation was calculated | $ 7,000.96 |

Expenses already paid (attach itemization)           $ 700.00

Expenses advanced by trustee (attach itemization)    $ 401.37

The balance of funds on hand in the estate may be maintained in an interest bearing account until disbursed. The trustee requests additional compensation on account of the disbursement of the additional interest not to exceed the maximum compensation set by 11 U.S.C., Section 326(a). The trustee's time sheets are attached.

Respectfully submitted this _7th_ day of _February_, 2009.

/s/William F. Schneider
William F. Schneider, Chapter 7 Trustee

Feb 7/2009     BELL & SCHNEIDER, PLC
Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chc# Rec# | Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 588 | Linthicum, Delgardo | | | | | | | | |
| 2689 | Trustee Asset Case | | | | | Resp Lawyer: WFS | | | |
| Mar 3/2008 102177 | Lawyer: 8  0.20 Hrs X 250.00 Reviewing file prior to conducting 341 meeting | | | | 50.00 | | | | |
| Mar 4/2008 102178 | Lawyer: 8  0.50 Hrs X 250.00 Conducting 341 meeting, including examination by creditor; reviewing Branch banking motion for relief from stay | | | | 125.00 | | | | |
| Apr 30/2008 102180 | Lawyer: 8  0.30 Hrs X 250.00 Telecon and email with debtor's counsel re BMW and transfer of same to debtor's wife | | | | 75.00 | | | | |
| May 6/2008 102181 | Lawyer: 8  0.20 Hrs X 250.00 Reviewing file; filing request for asset notice | | | | 50.00 | | | | |
| May 14/2008 102179 | Lawyer: 8  0.20 Hrs X 250.00 Preparing and filing application to employ accountant | | | | 50.00 | | | | |
| May 22/2008 102182 | Lawyer: 8  0.30 Hrs X 250.00 Reviewing file; email to debtor's counsel re offer to compromise claim re BMW | | | | 75.00 | | | | |
| May 23/2008 102183 | Lawyer: 8  0.10 Hrs X 250.00 Reviewing Va DMV report of all vehicles bought, sold, transferred on or after 1/1/2005 | | | | 25.00 | | | | |
| Jul 23/2008 103307 | Lawyer: 8  0.10 Hrs X 250.00 Email to D. Cox re status of offer to acquire equity in vehicle | | | | 25.00 | | | | |
| Jul 24/2008 103323 | Lawyer: 8  0.30 Hrs X 250.00 Reviewing and responding to emails from debtor's counsel re offer to purchase equity in BMW from bankruptcy estate | | | | 75.00 | | | | |
| Jul 31/2008 103450 | Lawyer: 8  0.10 Hrs X 250.00 Responding to offer to compromise via email | | | | 25.00 | | | | |
| Aug 12/2008 106832 | Lawyer: 8  0.10 Hrs X 250.00 Emails to and from debtors counsel re status of debtor's efforts to buy back equity in BMW | | | | 25.00 | | | | |
| Aug 20/2008 103887 | Lawyer: 8  0.10 Hrs X 250.00 Email to debtor's counsel re status | | | | 25.00 | | | | |
| Sep 9/2008 104339 | Lawyer: 8  0.40 Hrs X 250.00 Reviewing and responding to emails from debtor's counsel re settlement of claim to BMW; calculation interest and preparing amortization table | | | | 100.00 | | | | |
| Sep 18/2008 104348 | Lawyer: 8  0.10 Hrs X 250.00 Email to and from debtor's counsel re status of settlement | | | | 25.00 | | | | |
| Sep 25/2008 104425 | Lawyer: 8  0.10 Hrs X 250.00 Emails to and from debtor's counsel and to TRF Auction re turnover of BMW | | | | 25.00 | | | | |
| Oct 2/2008 106833 | Lawyer: 8  0.50 Hrs X 250.00 Preparing and filing application for femployment of TFR; arranging auction datges, etc with TFR | | | | 125.00 | | | | |
| Oct 3/2008 106834 | Lawyer: 8  0.50 Hrs X 250.00 Preparing and filing motions to approve auction sale of BMW and motion to shorten time for notice and hearing re same | | | | 125.00 | | | | |
| Oct 15/2008 106835 | Lawyer: 8  0.10 Hrs X 250.00 Submitting order approving appointment of TFR as auctioneer for Trustee | | | | 25.00 | | | | |
| Oct 16/2008 104821 | Lawyer: 8  0.20 Hrs X 250.00 Attending hearing on motion to authorize auction sale | | | | 50.00 | | | | |
| Oct 17/2008 105042 | Lawyer: 8  0.20 Hrs X 250.00 Reviewing and serving orders authorzing auction sale and shortening time; reviewing order authorizing employment of TFR | | | | 50.00 | | | | |
| Oct 31/2008 104969 | Expense Recovery Photocopies | 02360 | | 118.05 | | | | | |
| Oct 31/2008 104994 | Expense Recovery Postage | 02361 | | 70.87 | | | | | |

Feb 7/2009                                                     BELL & SCHNEIDER, PLC                                               Page: 2
                                                                    Client Ledger
                                                                     ALL DATES

| Date<br>Entry # | Received From/Paid To<br>Explanation | Che#<br>Rec# | Rcpts | General<br>Disbs | Fees | Bld<br>Inv# | Acc | Trust Activity<br>Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov 18/2008<br>106836 | Lawyer: 8 0.40 Hrs X 250.00<br>Preparing, filing and serving motion for order approving auction sale and authorizing payment of acutioneer | | | | 100.00 | | | | | |
| Nov 30/2008<br>105434 | Expense Recovery<br>Postage | 02366 | | 27.72 | | | | | | |
| Nov 30/2008<br>105462 | Expense Recovery<br>Photocopies | 02367 | | 39.15 | | | | | | |
| Dec 9/2008<br>105742 | Lawyer: 8 0.10 Hrs X 250.00<br>Reviewing and reconciling trustee bank account(s) | | | | 25.00 | | | | | |
| Dec 11/2008<br>105885 | Lawyer: 8 0.20 Hrs X 250.00<br>Attending hearing on motion for authority to pay auctioneer; reviewing order approving same | | | | 50.00 | | | | | |
| Dec 12/2008<br>105786 | Lawyer: 8 0.10 Hrs X 250.00<br>Paying auctioneer's commission | | | | 25.00 | | | | | |
| Dec 26/2008<br>106837 | Lawyer: 8 0.30 Hrs X 250.00<br>Emails to and from TRF re underpayment of auctioneers commission and paying balance due | | | | 75.00 | | | | | |
| Dec 30/2008<br>106020 | Expense Recovery<br>Photocopies | 02372 | | 9.75 | | | | | | |
| Dec 30/2008<br>106051 | Expense Recovery<br>Postage | 02373 | | 28.14 | | | | | | |
| Jan 13/2009<br>106247 | Lawyer: 8 0.10 Hrs X 250.00<br>Reviewing and reconciling trustee bank account(s) | | | | 25.00 | | | | | |
| Jan 31/2009<br>106546 | Expense Recovery<br>Photocopies | 02377 | | 4.65 | | | | | | |
| Feb 7/2009<br>106838 | Lawyer: 8 1.50 Hrs X 250.00<br>Reviewing claims; reviewing Forms 1 and 2; preparing Trustee's Final Report, Notice and Summary of Final Report, Trustee's Application for Compensation; Analysis of Claims register, and Claims Proposed Distribution | | | | 375.00 | | | | | |
| Feb 7/2009<br>106839 | Lawyer: 8 0.00 Hrs X 0.00<br>Estimated postage cost for mailing bank records to U.S. Trustee - $1.50; est. photocopy costs for same (10 X $.15) - $1.50; est. postage cost to mail Notice and Summary of Trustee's Final Report and Application for Compensation and Claims Proposed Distribution to all parties (72 X $.42) - $30.24; est. photocopy expense for same (432 X $.15) - $64.80 | | | | 0.00 | | | | | |
| Feb 7/2009<br>106840 | Lawyer: 8 0.30 Hrs X 250.00<br>Preparing, filing and serving Trustee's Distribution Report and Final Order; | | | | 75.00 | | | | | |
| Feb 7/2009<br>106841 | Lawyer: 8 0.00 Hrs X 0.00<br>Postage expense to mail distributioncheck - $.42; estimated postage expense to mail final bank records to U.S. trustee; est. photocopy exp. for same - $1.00; psotage exp. to serve Trustee's Distribution Report and Final Order (4 X $.42) - $1.68; photocopy exp. for same (6 X $.15) - $.90 | | | | 0.00 | | | | | |

*Handwritten annotations:*
- POSTAGE $31.74
- PHOTOCOPIES $66.30
- POSTAGE $3.10
- PHOTOCOPIES

| | UNBILLED | | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | | TRUST |
| PERIOD | 0.00 | | 1900.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| END DATE | 0.00 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |

| | UNBILLED | | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRM TOTAL | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | | TRUST |
| PERIOD | 0.00 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| END DATE | 0.00 | 2..33 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |

REPORT SELECTIONS - Client Ledger
Layout Template                     Default
Advanced Search Filter              None
Requested by                        wfs
Finished                            Saturday, February 07, 2009 at 06:41:28 PM
Ver                                 9.10d
Matters                             2689
Clients                             All

```
POSTAGE         PHOTOCOPY
 70.87          118.05
 27.72           39.15
 28.14            9.75
 31.74            4.65
  3.10           66.30
─────────         1.90
161.57         ────────
                239.80

161.57
239.80
────────
401.37
```